# EXHIBIT 2

[redacted]

**From:** Yuting Li <yuting@dannygracepc.com>
**Sent:** Monday, September 28, 2026 11:01 AM
**To:** Amato, Jeffrey J. <JAmato@winston.com>
**Subject:** Re: Probax

Jeffrey,

I hope this email finds you well.

Our representation has concluded. Please kindly direct all communications to him.

Thanks,

Kind regards,

Yuting Li, Esq.
*Associate Attorney*
Danny Grace PLLC
Attorneys at Law,
225 Broadway, Suite 1200
New York, NY 10007
(212) 202-2485
(718) 732-2821 FAX
www.dannygracepc.com

=================================================================
THE INFORMATION CONTAINED IN THIS MESSAGE IS CONFIDENTIAL AND MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR MAY CONSTITUTE PRIVILEGED WORK PRODUCT. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient of this message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this message or discussion of its content is strictly prohibited. If you have

received this message in error, please immediately notify Mr. Grace and delete any copy from your computer, whether stored in your hard drive, cache memory or any other form or support.
================================================================

On Mon, Sep 28, 2026 at 9:59 AM Amato, Jeffrey J. <jeffrey.amato@winstontaylor.com> wrote:

> Yuting:
>
> Due to the Company's current financial circumstances and lack of sufficient capital to maintain payroll for Mr. Allan's position, the Company has made the decision to end Mr. Allan's employment effective today, September 28, 2026. Mr. Allan will receive final compensation owed to him through September 28, 2026 in accordance with applicable law.
>
> We would like to remind Mr. Allan of his continuing obligations regarding non-disclosure and non-use of the Company's confidential, proprietary, and trade secret information. In addition, all Company systems, data, records, and other property must be maintained wholly intact and must not be deleted, altered, transferred, or otherwise impaired.
>
> As part of the transition, the Company requires Mr. Allan's prompt cooperation in ensuring the uninterrupted operation and accessibility of its electronic systems. As Mr. Allan currently maintains global administrative access to the Company's systems, please advise him that he is expected to take all steps necessary to transition full administrative access to Travis Bannach, including designating Mr. Bannach as the appropriate global administrator and providing all passwords, credentials, authentication information, and other information necessary to ensure continued access to the following systems:
>
> 1. JIRA incl BitBucket
> 2. AWS root
> 3. OVH US
> 4. Fortiweb
> 5. Heimdall
> 6. Wasabi
> 7. Slack
> 8. CodeTwo Email Signature
> 9. NameCheap

Additionally, Mr. Allan must immediately close the Wells Fargo account that is currently maintained solely in his name and that includes an automatic "insufficient funds draw" feature. Given that this may permit expenditures to be made on behalf of the Company without prior approval, the Company requires confirmation that the account has been closed immediately and that Mr. Allan no longer has the ability to make expenditures, withdraw or transfer funds, or otherwise conduct financial transactions on behalf of the Company. Please promptly provide written confirmation that the account has been closed.

The Company will take all steps necessary to protect its confidential, proprietary and trade secret information and systems, data, records and other property—which will include taking any appropriate legal action if necessary. The Company expressly reserves all rights and remedies under applicable law should Mr. Allan breach any of his continuing obligations or engage in misconduct during the transition process.

**Jeffrey Amato**

Partner

- T +1 (212) 294-4685
- jeffrey.amato@winstontaylor.com

200 Park Avenue, New York, NY 10166-4193

*Admitted to practice in New York*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.