WINSTON TAYLOR.

200 Park Avenue
New York, New York 10166
+1 (212) 294-6700

**Jeffrey J. Amato**
Partner
+1 (212) 294-6700
Jeffrey.amato@winstontaylor.com

October 26, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/27/2026

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

*Re:* ***Probax USA, Inc. et al. v. Allan,*** **No. 1:26-cv-09052 (VSB)**
**Request to File Under Seal**

Dear Judge Broderick,

We write on behalf of Probax USA, Inc. ("Probax") and Probax PTY LTD ("Probax Australia" and together with Probax, "Plaintiffs") to respectfully request leave to file partially redacted Exhibit 1 and Exhibit 2 referenced in Plaintiffs' supplemental brief in support of Plaintiffs' Motion for Temporary Restraning Order, pursuant to Sections 5.B(ii) and 5.B(iii) of the Court's Individual Rules & Practices in Civil Cases, Standing Order 19-MC-583, and Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. Section 5.B(ii) provides that any sealing or redaction must be "narrowly tailored to serve whatever purpose justifies the redaction or sealing" and otherwise consistent with the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

Pursuant to Individual Rule 5.B(iii), Plaintiffs emailed Defendant Kevin Allan, *pro* se, and he did not respond.

The proposed redactions are narrowly limited to the names of the interested buyers and the names and email addresses of those in the principal negotiations.

Consistent with Individual Rule 5.B(iii), Standing Order 19-MC-583, and Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, Plaintiffs are contemporaneously filing and electronically relating to this letter motion (1) a public copy of Exhibit 1 and Exhibit 2 containing the proposed redactions and (2) an unredacted copy of Exhibit 1 and Exhibit 2 under seal, with the proposed redactions highlighted. Individual Rule 5.B(iii) expressly prescribes this procedure for documents proposed to be filed in redacted form.

Because the requested redactions are confined to names and identifying information for the interested buyers and are narrowly tailored to preserve the confidential nature of the negotiations, Plaintiffs respectfully request that the Court grant leave to maintain the proposed redactions in the publicly filed version of Exhibit 1 and Exhibit 2.

Respectfully submitted,

WINSTON TAYLOR LLP

By:*/s/ Jeffrey J. Amato*

Jeffrey J. Amato
Jeffrey.amato@winstontaylor.com
200 Park Avenue
New York, New York 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700

John C.C. Sanders, Jr. (pro hac vice)
Texas Bar No. 24057036
John.sanders@winstontaylor.com
Sophie Walker (pro hac vice)
Texas Bar No. 24143499
Sophie.walker@winstontaylor.com
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Tel.: 214-453-6500

*Counsel for Plaintiffs Probax USA, Inc. and Probax PTY LTD*