UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROBAX USA, INC. AND PROBAX PTY LTD,<br>Plaintiffs,<br>-against-<br>KEVIN ALLAN,<br>Defendant. | 26-CV-9052 (VSB)<br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's "preliminar[y]" response, (Doc. 67), to the order to show cause entered on November 16, 2026, (Doc. 65), as well as Defendant's request for leave to supplement that submission before 5 p.m. on November 18, 2026, (Doc. 66). Defendant's request is GRANTED in part. Any supplementary materials from Defendant are due no later than November 18, 2026, at 11 a.m. Reply papers, if any, shall be served no later than November 18, 2026, at 11:59 p.m.

I am also in receipt of an email from Plaintiffs in response to Defendant's November 17, 2026, submissions. Plaintiffs are reminded that, per Rule 1.E of my Individual Rules & Practices in Civil Cases, parties generally may not send emails to Chambers without prior permission. Although Defendant should continue to provide courtesy copies of his pro se filings by email to Chambers (in addition to formally submitting the same through the Court's Secure Document Portal), any submissions made exclusively by email to Chambers are not part of the record and will not be considered.

SO ORDERED.

Dated: November 17, 2026
New York, New York

Vernon S. Broderick
United States District Judge