UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PROBAX USA, INC. AND PROBAX PTY LTD, Plaintiffs, -against- KEVIN ALLAN, Defendant. | : | 26-CV-9052 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's supplemental declaration in response to the order to show cause entered on November 16, 2026. Although I only granted Defendant leave to supplement his preliminary submission until November 18, 2026, at 11:00 a.m., (Doc. 68), Defendant waited until after 2:00 p.m. to make a supplemental submission. In the future, should Defendant again fail to abide by court-imposed deadlines without demonstrating exceptional circumstances, his belated submissions may be stricken from the record as untimely.

In light of Defendant's belated filing, I sua sponte extend the deadline for Plaintiffs' reply. Reply papers, if any, shall be served no later than November 19, 2026, at 11:00 a.m.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Vernon S. Broderick
United States District Judge