UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROBAX USA, INC. AND PROBAX PTY LTD,

Plaintiffs,

-against-

KEVIN ALLAN,

Defendant.

26-CV-9052 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Before me is Plaintiffs' request that I hold Defendant Kevin Allan in civil contempt for alleged failures to comply with the expanded temporary restraining order, (Doc. 57), issued in this action on November 9, 2026. (Docs. 59–61, 64.) On November 16, 2026, I ordered Allan to show cause why he should not be held in civil contempt. (Doc. 65.) Allan filed multiple documents in response, (Docs. 67, 75), and Plaintiffs filed reply papers, (Docs. 70–72).

Having considered the parties' filings related to Plaintiffs' request that I impose civil contempt, Defendant is ORDERED to file a sworn certification of compliance with paragraphs 5 and 6 of the expanded temporary restraining order, (Doc. 57), no later than Monday, November 23, 2026. No extensions will be granted. Defendant's failure to timely file a sworn certification of compliance may result in sanctions, including but not limited to civil contempt, monetary fines, and an award of attorneys' fees in connection with any future motions by Plaintiffs for civil contempt and/or to enforce my orders in this action.

Plaintiffs' requested relief is otherwise DENIED at this time, without prejudice to renewal should compliance issues persist beyond Monday, November 23, 2026.

SO ORDERED.

Dated: November 20, 2026
New York, New York

Vernon S. Broderick
United States District Judge